IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLA ALLISON-STACY, )<br>    Plaintiff, )<br>) | |
| vs. ) | Case No. CIV- 10-473-JHP-SPS |
| ) | |
| MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security Administration, )<br>    Defendant. ) | |

## JUDGMENT

  Pursuant to the court's order of March 30th, 2012, remanding this action for further administrative action under the fourth sentence of 42 U.S.C. §405 (g), of the Social Security Act, 42 U.S.C. §405(g), the court enters judgment in favor of Plaintiff and against Defendant in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure.[1]

  **IT IS SO ORDERED** this 30th day of March, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

---

[1] A remand pursuant to sentence four does not allow for retention of district court jurisdiction. See Shalala v. Schaefer, _ U.S. _, 113 S.Ct. 2625 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).