# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLA ALLISON-STACY, )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF THE SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>)<br>    Defendant. ) | Case No. CIV-10-473-JHP-SPS |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 7, 2012, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's request for attorney fees in the amount of $5,909.85, including $1,670.25 in paralegal fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412.  The Magistrate Judge recommended that the Court grant Plaintiff's Motion and Application for Attorney Fee Under the Equal Access to Justice Act Pursuant to Sentence Four Remand, and further recommended that the Commissioner should be ordered to pay the requested amount to the Plaintiff as the prevailing party. found the request to be reasonable and recommended that Plaintiff be awarded the fees requested.

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record.  Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States

Magistrate Judge on September 7, 2012, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 28th day of September, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma